# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TAMMIE MARQUEZ, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No. 2:19-cv-02362-DDC-JPO |
| v. | ) |
| | ) |
| **MIDWEST DIVISION-MMC, LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT HEALTHTRUST WORKFORCE SOLUTIONS, LLC
## DISCLOSURE OF CORPORATE INTERESTS

Defendant HealthTrust Workforce Solutions, LLC, pursuant to the Federal Rules of Civil Procedure, files this disclosure of corporate interests and states:

Defendant HealthTrust Workforce Solutions, LLC is owned by Parallon Business Solutions, LLC. Parallon Business Solutions, LLC is an indirect wholly-owned subsidiary of HCA Healthcare, Inc., a publicly traded Delaware corporation.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: s/ *Sarah R. Holdmeyer*
Timothy J. Davis (KS # 24901)
Sarah R. Holdmeyer (KS # 27584)
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
tim.davis@bclplaw.com
sarah.holdmeyer@bclplaw.com

ATTORNEYS FOR DEFENDANT
HEALTHTRUST WORKFORCE SOLUTIONS, LLC

**CERTIFICATE OF SERVICE**

   I certify that on this 6th day of March 2020, a true and correct copy of the foregoing was filed with the Court's electronic filing system, which sent electronic notice of this filing to the following counsel of record:

Ryan M. Paulus
Brittany C. Mehl
CORNERSTONE LAW FIRM
8350 N. St. Clair Ave., Suite 225
Kansas City, MO 64151
r.paulus@conrnerstonefirm.com
b.mehl@cornerstonefirm.com
ATTORNEY FOR PLAINTIFFS

                 s/ *Sarah R. Holdmeyer*
                 Attorney for Defendant