UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TAMMY MARQUEZ, et al.,

    Plaintiffs,

v.                                  Case No. 19-2362-DDC

MIDWEST DIVISION MMC, LLC, et al.,

    Defendants.

## **AMENDED SCHEDULING ORDER**

The parties have filed a joint motion (ECF No. 54) to amend the scheduling order filed on October 23, 2020 (ECF No. 21). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.     Motion to compel discovery shall be filed no later than **October 6, 2020.**

    b.     The deadline to complete phase I discovery is now **November 16, 2020**.

    c.     Motions to certify as a class or collective action shall be filed by **December 18, 2020.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 6, 2020, at Kansas City, Kansas.

1

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge