UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TAMMY MARQUEZ, et al.,

    Plaintiffs,

    v.        Case No. 19-2362-DDC

MIDWEST DIVISION MMC, LLC, et al.,

    Defendants.

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 59) to amend the scheduling order (ECF No. 21, as amended in ECF No. 55).  For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    Motion to compel discovery shall be filed no later than **January 26, 2021.**

    b.    The deadline to complete phase I discovery is now **February 16, 2021**.

    c.    Motions to certify as a class or collective action shall be filed by **March 18, 2021.**

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated October 27, 2020, at Kansas City, Kansas.

1

            s/ James P. O'Hara
           James P. O'Hara
          U.S. Magistrate Judge