## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**TAMMIE MARQUEZ, et al.**    )
            )
      Plaintiffs,  )
            )  Case No. 2:19-cv-02362-DDC
v.           )
            )
**MIDWEST DIVISION MMC, LLC, et al.** )
            )
      Defendants. )

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, ATTORNEYS' FEES AWARD, LITIGATION COSTS, SETTLEMENT ADMINISTRATOR FEES, AND CLASS REPRESENTATIVE <u>SERVICE AWARDS</u>

Pursuant to 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 23, and for the reasons fully set forth in the accompanying Memorandum in Support of this Motion, the Named Plaintiffs Tammie Marquez, Neesha Perez, and Josiah Chumba (collectively, "the Named Plaintiffs" or "Plaintiffs") respectfully request final approval of a class and collective action settlement, attorneys' fees award, litigation costs, settlement administrator costs, and class representative service awards.

        CORNERSTONE LAW FIRM

    By:  <u>/s/ M. Katherine Paulus</u>
       M Katherine Paulus D Kan 23866
       m.paulus@cornerstonefirm.com 5821
       NW 72nd Street
       Kansas City, Missouri 64151
       Telephone   (816) 581-4040
       Facsimile   (816) 741-8889

       ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 14 day of April, 2023 a true and accurate copy of the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


_/s/  M. Katherine Paulus_

**Attorney for Plaintiffs**