**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

TAMMIE MARQUEZ on behalf of
self and all others similarly situated,

        Plaintiffs,

v.                                                                                         Case No. 19-2362-DDC-ADM

MIDWEST DIVISION MMC, LLC, et al.,

        Defendants.

        **Attorney for Plaintiffs: Mary Katherine Paulus**
        **Attorney for Defendants: Timothy J. Davis**

| JUDGE: | Daniel D. Crabtree | DATE: | 4/14/2023 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |

# SETTLEMENT APPROVAL HEARING

The parties appear through counsel.

The following motion is before the court:

> Doc. 106 – Unopposed Motion for Final Approval of Class and Collective Action Settlement, Attorneys' Fees Award, Litigation Costs, Settlement Administrator Fees, and Class Representative Service Awards – **REMAINS PENDING as set forth in full on the record.**

The court hears from counsel on the motion.

**The court orders plaintiffs to supplement the record by April 21, 2023.**