IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TAMMIE MARQUEZ, et al.,** *on behalf of themselves and all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**MIDWEST DIVISION MMC, LLC, et al.,**<br><br>　　　　Defendants. | Case No. 19-2362-DDC-ADM |

### FINAL ORDER AND JUDGMENT GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETLEMENT, ATTORNEYS' FEES AWARD, LITIGATION COSTS, SETTLEMENT ADMINISTRATOR FEES, AND CLASS REPRESENTATIVE SERVICE AWARDS

This matter is before the court on plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement Agreement, Attorneys' Fees Award, Litigation Costs, Settlement Administrator Fees, and Class Representative Service Awards ("Motion for Final Approval") (Doc. 106). Having carefully considered plaintiffs' Motion for Final Approval, and having conducted a Final Approval and Fairness Hearing on April 14, 2023, the court grants the Motion for Final Approval.

**IT IS THEREFORE ORDERED** that plaintiffs' Motion for Final Approval is **GRANTED** and this court, by this Order:

1. Finally certifies the collective action under Section 216(b) of the Fair Labor Standards Act ("FLSA") and the class action under Federal Rule of Civil Procedure 23 for settlement purposes only, a class identified as:

   All hourly Registered Nurses who performed nursing services at Menorah Medical Center between July 3, 2016 and February 28, 2019.

2. Grants final approval of the parties' Amended Settlement Agreement ("Agreement"), finding its terms fair, reasonable, and adequate, and directing consummation of its terms and provisions;

3. Finds that:

    a. The requirements of Rule 23 of the Federal Rules of Civil Procedure are satisfied, and a class action is an appropriate method for resolving the disputes in this litigation for settlement purposes;

    b. The settlement is a reasonable compromise of a bona fide dispute of the claims and defenses in this matter, and there is nothing in the record to suggest that the settlement would otherwise frustrate the purposes of the FLSA;

4. Approves distribution of Settlement Awards, as defined in the Agreement, to the class members who have submitted valid claim forms ("Claimants"), as a fair compromise of contested claims that will provide these Claimants with adequate compensation for their claims in this case given the contested nature of the claims, complexity of issues involved, assurance of relief for all Claimants, and benefit of obtaining such relief in light of the costs, risks, and delay of trial and appeal, to be paid by Defendants via the Settlement Administrator, in accordance with the terms of the Agreement;

5. Approves Class Representative Service Awards in the amounts of $18,000.00 to Named Plaintiff Josiah Chumba, $12,000.00 to Named Plaintiff Tammie Marquez, and $6,000.00 to Named Plaintiff Neesha Perez to be paid by Defendants via the Settlement Administrator, in accordance with the terms of the Agreement;

6. Approves Class Counsel's application for an award of attorneys' fees in the amount of 30% of the Gross Settlement Amount ($540,000.00) to be paid by Defendants via the Settlement Administrator, in accordance with the terms of the Agreement;

7. Approves Class Counsel's reimbursement of $2,075.00 in litigation costs;

8. Approves the payment of $16,000.00 to CPT Group, Inc. for fees performed as Settlement Administrator in this matter, to be paid by Defendants via their transfer of funds to the Settlement Administrator, in accordance with the terms of the Agreement;

9. Approves redistribution, reallocation, and resolution of any unclaimed settlement funds in the Net Settlement Funds as set forth under the terms of the Agreement;

10. Permanently enjoins all Settlement Class Members as defined in the Agreement (and other than those who filed timely requests to be excluded from the settlement) from prosecuting against Defendants and the Released Parties (as defined in the Agreement) any of the Settlement Class Members' Released Claims (as defined in the Agreement);

11. Enters a judgment dismissing this litigation with prejudice in accordance with the terms of the Agreement.

**IT IS SO ORDERED.**

**Dated this 24th day of April, 2023, at Kansas City, Kansas.**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**